IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) ) | Civil No. 03:18-cv-01563-JR |
| Plaintiff(s), | ) ) | **ORDER** |
| v. | ) ) | |
| KAREN ELIZABETH MAY, | ) ) | |
| Defendant(s). | ) | |

IT IS ORDERED that Plaintiff's unopposed Motion for Dismissal [32] is GRANTED. This action is DISMISSED with prejudice and without an award of attorneys' fees or prevailing party fees to Defendant or to her court-appointed counsel.

Dated this 20th day of March, 2019.

by _____
Jolie A. Russo
United States Magistrate Judge